United States District Court
Northern District of California

1

2

3

4

5

6

7

8                           UNITED  STATES  DISTRICT  COURT

9                          NORTHERN  DISTRICT  OF  CALIFORNIA

10

11    WONDIYRAD  KABEDE,                      Case No. 21-05366 EJD (PR)

12              Petitioner,
                                             **ORDER  OF  TRANSFER**
         v.

13

14    CA GOVERNOR'S  PAROLE  BOARD
      HEARING  DEP'T, et al.,

15

              Respondents.

16

17

18        Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus

19    pursuant to 28 U.S.C. § 2254, challenging the denial of parole on January 9, 2020.  Dkt.

20    No. 15 at 4, 25.  On November 9, 2021, the Court dismissed the petition with leave to

21    amend, specifically with regards to the exhaustion of state judicial remedies.  Dkt. No. 14.

22    Petitioner filed an amended petition.  Dkt. No. 15.

23        Venue for a habeas action is proper in either the district of confinement or the

24    district of conviction.  28 U.S.C. § 2241(d).  Federal courts in California traditionally have

25    chosen to hear petitions challenging a conviction or sentence in the district of conviction or

26    sentencing.  See Habeas L.R. 2254-3(b)(1); Dannenberg v. Ingle, 31 F.Supp. 767, 768

27    (N.D. Cal. 1993); Laue v. Nelson, 279 F.Supp. 265, 266 (N.D. Cal. 1968).  But if the

28    petition challenges the manner in which a sentence is being executed, e.g., if it involves

parole or time credits claims, the district of confinement is the preferable forum. <u>See</u>

Habeas L.R. 2254-3(b)(2); <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989).

Here, Petitioner is challenging the denial of parole. <u>See</u> <u>supra</u> at 1. Petitioner is

currently confined at the California Health Care Facility in San Joaquin County. Dkt. 15 at

1. San Joaquin County lies within the venue of the Eastern District of California. <u>See</u> 28

U.S.C. § 84(b). Therefore, venue properly lies in that district and not in this one. <u>See</u> 28

U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District

Court for the Eastern District of California. <u>See</u> 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the

Eastern District of California.

**IT IS SO ORDERED.**

**Dated:** __April 7, 2022_____

EDWARD J. DAVILA
United States District Judge